UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN JOHNSON COURCELLE | CIVIL ACTION |
| VERSUS | NO. 20-2920 |
| KILOLO KIJAKAZI,<br>COMMISSIONER OF SOCIAL SECURITY | SECTION M (3) |

**ORDER**

Having considered the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and plaintiff's objections to the R&R,[2] the Court hereby approves the R&R and adopts it as its opinion. The Court has determined that the Commissioner's findings are supported by substantial evidence and that plaintiff's objections are without merit. Accordingly, because the Court agrees that substantial evidence supports (i) the ALJ's decision that plaintiff's limitations were less than marked (and therefore the ALJ did not err in concluding that plaintiff failed to meet Listing 14.07 for presumptive disability); and (ii) the ALJ's determination – supported by its proper evaluation of opinion evidence – that plaintiff had the residual functional capacity to perform sedentary work, with limitations, or unskilled work;

**IT IS ORDERED** that plaintiff's motion for summary judgment (R. Doc. 21) is DENIED, defendant's cross-motion for summary judgment (R. Doc. 22) is GRANTED, and plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 30th day June, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 24.
[2] R. Doc. 25.